## NO LIEN AGAINST TORT FEASOR FOR ATTORNEY'S SERVICES.

Circuit Court of Hamilton County.

GUSTAV R. WERNER V. GEORGE ZEHLER PROVISION COMPANY.

Decided, January 8, 1910.

An action does not lie by an attorney against a tort feasor for the attorney's share of the amount paid to his client by the tort feasor by way of compromise and in full settlement for injuries received by the said client.

*G. R. Werner,* for plaintiff.
*Robertson & Buchwalter,* contra.

The plaintiff was employed by Frank Husz to prosecute a claim against the George Zehler Provision Co. for personal injuries, and alleged that knowing of his employment and of the lien he had for services on whatever amount might be recovered, the defendant company through their counsel, settled with Husz for $500 and paid the entire amount direct to him. The plaintiff claimed that under his contract with Husz he was to receive one-half, and sued for $250. Judgment was given below for the defendant.

GIFFEN, P. J.; SMITH, J., and SWING, J., concur.

The judgment will be affirmed upon the authority of *Weakley v. Hall,* 13 Ohio, 167, and *Pennsylvania Co. v. Thatcher,* 78 O. S., 175.